FILED
JUL - 6 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY GRACYALNY, )<br>    Petitioner, )<br>        )<br>    v.      )<br>        )<br>DAWN DAVIDSON, WARDEN, )<br>        )<br>    Respondent. ) | Case No. CV 10-0573-AG (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations and orders that judgment be entered dismissing the petition with prejudice.

Dated: JUNE 30, 2010

Andrew J. Guilford
United States District Judge