JS-6/ENTER

FILED
JUL - 6 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY GRACYALNY,<br><br>    Petitioner,<br><br>    v.<br><br>DAWN DAVIDSON, WARDEN,<br><br>    Respondent. | Case No.  CV 10-0573-AG (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: JUNE 30, 2010

_____
Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY